UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-60318-CR-MARRA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

SERGE DESILETS,

        Defendant.
_____/

## ORDER GRANTING MOTION TO AMEND JUDICIAL RECOMMENDATION

THIS CAUSE is before the Court upon Defendant's Motion to Amend Judicial Recommendation [DE 32]. This Court having reviewed the pertinent portions of the record and being duly advised in the premises, it is hereby

ORDERED and ADJUDGED that the Motion is GRANTED. The Court recommends the Bureau of Prisons designate the defendant to the Federal Correctional Institution at Allenwood, Pennsylvanvia.

DONE and ORDERED in West Palm Beach, Florida, this 23rd day of April, 2009.

        KENNETH A. MARRA
        UNITED STATES DISTRICT JUDGE

Copies provided to:

    All counsel